## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TAMIKA WHITE,  ) | CASE NO 08-2202 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| EQUIFAX INFORMATION  ) | |
| SERVICES, LLC, et al.,  ) | |
| ) | |
| Defendants.  ) | |

### JOINT STIPULATION FOR DISMISSAL OF CLAIMS AGAINST EQUIFAX INFORMATION SERVICES, LLC

COMES NOW the Plaintiff, Tamika White, and Defendant, Equifax Information Services, LLC ("Equifax") and move this Court to dismiss all causes of action which were brought or could have been brought against Equifax, with prejudice, each party to bear their own costs on the ground that the controversy has been resolved amongst these parties.  This will not affect any other claims the Plaintiff has against any other party.

Done this 15th day of January, 2009.

/s/ John G. Watts
John G. Watts
Attorney for Plaintiffs
The Watts Law Group
15 Office Park Circle, Ste. 206
Birmingham, AL   35253
john@wattslawgroup.com

/s/ Victoria Franklin-Sisson
Victoria Franklin-Sisson
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, LLP
505 20th Street N., Ste. 600
Birmingham, Alabama   35203
vsisson@joneswalker.com

## CERTIFICATE OF SERVICE

    This is to certify that on this 15th day of January, 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF electronic filing system which will automatically forward a copy to all parties of record.

                                                    /s/ Victoria Franklin-Sisson