UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAMIKA L. WHITE, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> EQUIFAX INFORMATION ) <br> SERVICES, INC., et al., ) <br> ) <br> Defendants ) | Case No. 2:08-cv-02202-HGD |

## **PARTIAL DISMISSAL ORDER**

Pursuant to the Joint Stipulation for Dismissal of Claims Against Equifax Information Services, LLC, filed by the parties (Doc. #11), it is ORDERED, ADJUDGED and DECREED that plaintiff's claims in this action against Equifax Information Services, LLC, are due to be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own costs.  Equifax Information Services, LLC, hereby is DISMISSED WITH PREJUDICE as a defendant from this action.

DONE this 21st day of January 2009.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE