# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TAMIKA L. WHITE,** )  | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No.  2:08-cv-02202-HGD |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant** ) | |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Voluntary [sic] Dismiss Claims Against Experian Information Solutions, Inc. (Doc. no. 6).  It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is GRANTED, and plaintiff's claims against Experian Information Solutions, Inc., are DISMISSED WITH PREJUDICE, costs taxed as paid.  Inasmuch as plaintiff now has dismissed all claims against all defendants in this action, it is ORDERED that this action is DISMISSED WITH PREJUDICE.

DONE and ORDERED this 26th day of August, 2009.

_____
United States District Judge